# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## COOKEVILLE DIVISION

| | |
|---|---|
| DARYL B. VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00047 |
| | ) |
| TIM KLAFLIN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Luke A. Evans ("R&R") (Doc. No. 33) recommending that the Court dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The R&R, issued on May 19, 2026, notified Daryl B. Vaughn that any objections must be filed within fourteen days. (Id. at 4). Because service was made by mail, three additional days are added to the prescribed period. Fed. R. Civ. P. 6(d). In computing time, the Court excludes the day of the event that triggers the period, counts every intermediate day, and includes the last day of the period, unless the last day falls on a weekend or legal holiday, in which case the period continues to run through the next business day. Vaughn's deadline to object was June 5, 2026. He has failed to timely object. Apparently, he has failed to provide the Court with current contact information as he was required to. As a result, the R&R sent to him was returned as undeliverable. (Doc. No. 34). Given that Plaintiff has lodged no objections to the R&R, the Court need only review it for clear error. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has nevertheless conducted a de novo review of the R&R and accepts the Magistrate Judge's

recommendation. Plaintiff has made no efforts to prosecute this case since July 2024. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 33) in its entirety. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The clerk shall close the file.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2